# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**WALTER RYDER,**

    **Plaintiff,**

**v.**                              **CASE NO.:**

**GATOR DOCK & MARINE LLC,**

    **Defendant.**

_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, WALTER RYDER, by and through undersigned counsel, brings this action against Defendant, GATOR DOCK & MARINE LLC, and in support of his claims states as follows:

## JURISDICTION AND VENUE

1. This is an action for damages in excess of $30,000, exclusive of interest, fees, and costs, and for declaratory relief, for violations of the Age Discrimination in Employment Act ("ADEA"), 29 U.S.C § 621 et seq.

2. This Court has subject matter jurisdiction under 28 U.S.C. § 1331 and 29 U.S.C. § 201 et seq.

3. Venue is proper in the Middle District, because all of the events giving rise to these claims occurred in Orange County, Florida.

## PARTIES

4. Plaintiff is a resident of Seminole County, Florida.

5. Defendant operates a fabricating business in Sanford, Seminole County, Florida.

## GENERAL ALLEGATIONS

6. Plaintiff has satisfied all conditions precedent, or they have been waived.

7. Plaintiff has hired the undersigned attorneys and agreed to pay them a fee.

8. Plaintiff requests a jury trial for all issues so triable.

9. At all times material hereto, Plaintiff was an "employee" of Defendant within the meaning of the ADEA.

10. At all times material hereto, Defendant employed twenty (20) or more employees. Thus, Defendant is an "employer" within the meaning of the ADEA.

## FACTS

11. Plaintiff is 67 years of age and is a member of a protected class under the ADEA.

12. Plaintiff applied for a position as a welder with Defendant on October 15, 2021.

13. On October 15, 2021, Defendant interviewed Plaintiff for the position

14. During the interview, Defendant's hiring manager told Plaintiff "I don't think you're fit enough and you're too old. We're going in a different direction."

15. Defendant refused to hire Plaintiff because of his age.

16. Thus, Plaintiff subjected Plaintiff to disparate treatment because of his age.

## **COUNT I – ADEA VIOLATION**

17. Plaintiff realleges and readopts the allegations of paragraphs 1 through 16 of this Complaint, as though fully set forth herein.

18. As an individual who is over forty years of age, Plaintiff is a member of a protected class under the ADEA.

19. Plaintiff was subjected to disparate treatment based on his age.

20. Defendant's actions were willful and done with malice.

21. Plaintiff was injured due to Defendant's violations of the ADEA, for which Plaintiff is entitled to legal and injunctive relief.

*WHEREFORE*, Plaintiff demands:

    a) A jury trial on all issues so triable;

    b) That process issue and that this Court take jurisdiction over the case;

    c) An injunction restraining continued violation of the ADEA;

    d) Compensation for lost wages, benefits, and other remuneration;

    e) Reinstatement of Plaintiff to a position comparable to his prior position with back pay plus interest, or in the alternative, front pay;

f) Liquidated damages in an amount equal to Plaintiff's total damages;

g) Prejudgment interest on all monetary recovery obtained.

h) All costs and attorney's fees incurred in prosecuting these claims; and

i) For such further relief as this Court deems just and equitable.

## JURY TRIAL DEMAND

Plaintiff demands trial by jury as to all issues so triable.

Dated this 17th day of February, 2022.

Respectfully submitted,

_____
**LUIS A. CABASSA**
Florida Bar Number: 0053643
**WENZEL FENTON CABASSA, P.A.**
1110 N. Florida Avenue, Suite 300
Tampa, Florida 33602
Main Number: 813-224-0431
Direct Dial: (813) 379-2565
Facsimile: 813-229-8712
Email: lcabassa@wfclaw.com
Email: gnichols@wfclaw.com
**Attorneys for Plaintiff**